**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Krzystof STOJKOWSKI, Defendant–Appellant.**

No. 07–1049.

United States Court of Appeals, Seventh Circuit.

Submitted Sept. 24, 2007.*

Decided Sept. 25, 2007.

Lela D. Johnson, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Richard H. Parsons, Johanna M. Christiansen, Office of the Federal Public De-

fender, Peoria, IL, for Defendant–Appellant.

Before Hon. RICHARD A. POSNER, Circuit Judge, Hon. MICHAEL S. KANNE, Circuit Judge and Hon. ILANA DIAMOND ROVNER, Circuit Judge.

### ORDER

Krzystof Stojkowski pleaded guilty to bank fraud, *see* 18 U.S.C. § 1344, and the district court imposed a below-guidelines sentence of 96 months' imprisonment. Stojkowski appeals and contends only that the district court violated the *ex post facto* clause by determining his guidelines range using the Sentencing Guidelines Manual in effect at the time of sentencing, not the manual in effect during the commission of his offense. Had the parties used the latter manual, he argues, his total offense level would be reduced by one. Stojkowski acknowledges that this contention contravenes current precedent, and that he raises the issue strictly to preserve it for further review. *See United States v. Demaree*, 459 F.3d 791 (7th Cir.2006), *cert denied,* —— U.S. ——, 127 S.Ct. 3055, —— L.Ed.2d —— (2007) (holding *ex post facto* clause inapplicable to sentencing guidelines).

Accordingly, the judgment of the district court is **AFFIRMED.**

---

* After examining the briefs and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and the record. *See* Fed. R.App. P. 34(a)(2).